UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| COURTNEY MASON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERCOAST CAREER )<br>INSTITUTE, )<br>)<br>Defendant. ) | 2:14-cv-00377-JAW |

**ORDER ON TRIAL DATE**

On February 14, 2017, the Magistrate Judge conducted a final pretrial conference in the above-captioned matter and the participants discussed the scheduling of trial for either the month of March or April. At the conference, the parties express a preference for an April trial date.

In light of that discussion, the Court ORDERS that this case be scheduled for jury selection on March 6, 2017 with trial to commence on March 24, 2017, unless counsel inform the Court within two days of the date of this Order that they are able to try the case in April, 2017. If the parties select an April trial date, jury selection will be held on April 3, 2017 and trial will commence directly following jury selection. If the Court does not hear from counsel within two days of the date of this Order, the Court will proceed with the March 2017 dates for jury selection and trial.

Furthermore, the Court alerts the parties that whichever month they select, the Court expects the case will proceed to trial once finally scheduled. In addition,

once scheduled, the Court will not entertain any motions to continue based on attorney or witness scheduling conflicts.  Specifically, if witnesses are unavailable, the Court expects the parties to depose those witnesses and to be prepared to proceed with the depositions in lieu of live trial testimony.

    SO ORDERED.

                                           /s/ John A. Woodcock, Jr.
                                           JOHN A. WOODCOCK, JR.
                                           UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2017